◥ AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT

## for the

_____ District of _____

| | |
|---|---|
| _STEVEN P. LEMAY_ | ) |
| Plaintiff | ) |
| v. | )   Civil Action No. |
| _STATE OF NEW HAMPSHIRE_ | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
  _SEE ATTACHED COMPLAINT_

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _APRIL 23, 2008_

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◥ AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

*STEVEN P. LEMAY*                        )
Plaintiff                                )
                                         )   Civil Action No.
v.                                       )
*STATE OF NEW HAMPSHIRE*                  )
Defendant                                )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

*(SEE ATTACHED COMPLAINT)*

A lawsuit has been filed against you.

Within ____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: *APRIL 28, 2008*

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT
## for the

_____ District of _____

| | |
|---|---|
| *STEVEN LEMAY* <br> Plaintiff <br><br> v. <br> *STATE OF NEW HAMPSHIRE* <br> Defendant | )<br>)<br>)  Civil Action No.<br>)<br>) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

*(See ATTACHED COMPLAINT )*

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: *APRIL 23, 2008*

_____
Deputy clerk's signature

.

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*