Wherefore your petitioner respectfully requests that this Honorable Court:

A. Grant a Jury Trial.

B. Order the defendant's damages in the amount of (Ten Million Dollars) for extreme emotional pain and suffering.

C. And for such other relief as may be deemed just and equitable.

Dated April 23, 2008

                          Respectfully Submitted,

                          *Steven Lemay*
                          Steven P. Lemay (Petitioner pro se)

2008 APR 28 P 12: 07
U.S. DISTRICT COURT
DISTRICT OF NH