UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven P. Lemay

        v.                          Civil No. 08-cv-157-JL

NH Department of Health and
Human Services, Division for Children,
Youth and Families, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 25, 2008, no objection having been filed.

SO ORDERED.

October 21, 2008

Joseph N. Laplante
United States District Judge

cc:    Steven P. Lemay, pro se