UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Steven P. Lemay</u>

      v.                            Civil No. 08-cv-157-JL

<u>NH Department of Health and Human Services,
Division for Children, Youth and Families, et al.</u>

**J U D G M E N T**

In accordance with the Order dated October 21, 2008 by United States District Judge Joseph N. Laplante, approving the Report and Recommendation dated September 25, 2008 by United States Magistrate Judge James R. Muirhead , judgment is hereby entered.

                                                      By the Court,

                                                      */s/ James R. Starr*

                                                      James R. Starr, Clerk

October 21, 2008

cc:    Steven P. Lemay, pro se